**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JE'AN DEMORGANDIE,**

    **Plaintiff,**

**v.**                                             **CASE NO.:  8:21-cv-0090-T-210SPF**

**VALET LIVING LLC,**

    **Defendant.**
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant VALET LIVING LLC (hereinafter referred to as "Defendant"), through its undersigned counsel, hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

- **Je'an Demorgandie**
- **Valet Living LLC**
- **Valet Living Home LLC**
- **Valet Living Turns LLC**
- **Zodiac Valet Trash LLC**
- **Camden Property Trust**
- **Zodiac CPT Inc.**

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

1

7196234v.2

- **Trash Transit LLC**
- **Valet Waste Holdings Inc.**
- **Valet Parent Inc.**
- **GI Valet Acquisition Inc.**
- **GI Valet Parent Inc.**
- **GI Valet Topco LP**
- **GI Valet Holdings LP**
- **GI Valet GP LLC**
- **GI GP VI LLC**
- **Phillip J. Harris, Esq.**
- **Constangy, Brooks, Smith & Prophete, LLP**
- **Luis A. Cabassa, Esq.**
- **Wenzel Fenton Cabassa, P.A.,**

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Je'an Demorgandie.**

2

7196234v.2

5) Check one of the following:

__XX__   I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest affecting the District Judge or the Magistrate Judge in this action, and I will immediately notify the judge in writing within fourteen days after learning of any such conflict.

-or-

____   I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Respectfully submitted this 9th day of March, 2021.

/s/   *Phillip J. Harris*
**PHILLIP J. HARRIS,** FBN: 0044107
pharris@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida 33601-1840
Telephone: (813) 223-7166
Facsimile   (813) 223-2515
Service Email: tampa@constangy.com
*Attorneys for Defendant Valet Living LLC*

7196234v.2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF filing system, which will send a Notice of Electronic Filing, along with a true and correct copy of the foregoing via e-mail to Luis A. Cabassa, Esquire (lcabassa@wfclaw.com; gnichols@wfclaw.com), WENZEL FENTON CABASSA, P.A., 1110 N. Florida Avenue, Suite 300, Tampa, FL 33602, *Counsel for Plaintiff*.

/s/     *Phillip J. Harris*
**Attorney for Defendant Valet Living LLC**

7196234v.2